UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| OMORUYI NATHANIEL OBASOGIE, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 4:15-CV-1675 CAS |
| JEFFREY NORMAN, et al., | ) | |
| Respondents. | ) | |

## ORDER

This matter is before the Court on state prisoner Omoruyi Nathaniel Obasogie's action pursuant to 28 U.S.C. § 2254. This case was referred to United States Magistrate Judge David D. Noce for report and recommendation on all dispositive matters and for final disposition on all non-dispositive matters, pursuant to 28 U.S.C. § 636(b).

On March 18, 2019, Judge Noce filed a Report and Recommendation of United States Magistrate Judge which recommended that petitioner's original and amended petitions for writ of habeas corpus be denied. No objections were filed to the Magistrate Judge's Report and Recommendation within the time permitted.

After careful review of the record, the Court concurs in the recommendation of the Magistrate Judge.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained**, **adopted** and **incorporated** herein. [Doc. 31]

**IT IS FURTHER ORDERED** that Omoruyi Nathaniel Obasogie's original and amended Petitions for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 are **DENIED**. [Docs. 1, 8]

**IT IS FURTHER ORDERED** that this matter is **DISMISSED**, with no further action to take place herein.

An appropriate judgment will accompany this Order.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  29th  day of March, 2019.